UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

ALPOSCHINHO JEUDY

CASE NO. 6:24-cr-139-CEM-EJK
18 U.S.C. § 1708

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Attempted Theft of Stolen Mail Matter)

Between on or about April 19, 2023, and on or about April 22, 2023, in the Middle District of Florida, and elsewhere, the defendant,

ALPOSCHINHO JEUDY,

did knowingly attempt to steal, take, and abstract mail from an authorized depository for mail matter to include First Class mail and any article or thing contained therein.

In violation of 18 U.S.C. §§ 1708 and 2.

### COUNT TWO
(Attempted Theft of Stolen Mail Matter)

Between on or about May 14, 2023, and on or about May 17, 2023, in the Middle District of Florida, and elsewhere, the defendant,

ALPOSCHINHO JEUDY,

did knowingly attempt to steal, take, and abstract mail from an authorized

depository for mail matter to include First Class mail and any article or thing contained therein.

In violation of 18 U.S.C. §§ 1708 and 2.

## COUNT THREE
### (Possession of Stolen Mail Matter)

Between on or about March 3, 2023, and on or about March 8, 2023, in the Middle District of Florida, and elsewhere, the defendant,

ALPOSCHINHO JEUDY,

did unlawfully have in his possession mail matters which were stolen, taken, and abstracted from an authorized depository for mail matter, knowing the same to have been stolen, taken, and abstracted.

In violation of 18 U.S.C. § 1708.

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1708, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

4. If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C § 853(p), as incorporated by and 28 U.S.C. § 2461(c).

A TRUE BILL.

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Michael Sartoian
Assistant United States Attorney

By: *[signature]*
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
May 24

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

ALPOSCHINHO JEUDY

## INDICTMENT

Violations:  18 U.S.C. § 1708

A true bill

_____
Foreperson

Filed in open court this 22nd day of May, 2024.

_____
Clerk

Bail $_____